# EXHIBIT B



*Partners in Parking™*

One Financial Plaza
14th Floor
Hartford, CT 06103
P: (860) 522.7641
F: (860) 524.8249
www.lazparking.com

November 5, 2025

VIA: anilisestarre@gmail.com

Anilise Starre
P.O. Box 4126
Alexandria, VA 22303

RE:    LAZ Parking Confidentiality Agreement

Dear Ms. Starre:

We are writing to remind you of your continuing obligations under the Confidentiality and Trade Secret Agreement set forth in the Employee Handbook as well as your Employment Agreement dated March 9, 2022.

During your employment, you had access to and worked with confidential and proprietary information, including business plans, proposals, financial records, revenue reports, and other materials that constitute LAZ's trade secrets. As outlined in the Employee Handbook and your signed agreements, you have a continuing legal and ethical obligation to protect this information and refrain from disclosing or using it for any purpose outside of LAZ's business.

It has come to our attention that you may have downloaded, retained, or disclosed company information in violation of your Employment Agreement and Confidentiality and Trade Secret obligations. Such conduct constitutes a serious breach of the agreements you signed and may also violate applicable laws governing the protection of trade secrets and proprietary business information.

LAZ takes these obligations extremely seriously. You are hereby directed to:

- Cease and desist immediately from any further use, disclosure, or retention of LAZ's confidential or proprietary information;
- Return or certify destruction of all LAZ materials, documents, or data in your possession, whether in physical or electronic form.

Please be advised that LAZ Parking does not desire to commence legal proceeding against you. However, in the event that you do not immediately cease and desist your actions in violation of the Agreements, we will have no other viable alternative.

I trust that this matter will have your immediate attention.

Sincerely,

Nicholas Unkovic