# EXHIBIT C



**LAZ PARKING**

One Financial Plaza
14th Floor
Hartford, CT 06103
P: (860) 522.7641
F: (860) 524.8249
www.lazparking.com

*Partners in Parking™*

November 7, 2025

VIA: anilisestarre@gmail.com

Anilise Starre
P.O. Box 4126
Alexandria, VA 22303

and

5911 Edsall Road
Apt 507
Alexandria, VA 22304

RE:   LAZ Parking Confidentiality Agreement

Dear Ms. Starre:

This is your second and final notice regarding the breach of your confidentiality agreements you signed.   Our previous letter has gone unanswered.

You are legally bound by these agreements not to share or download confidential information.

If we do not hear from you within forty-eight (48) hours, we will have no alternative but to immediately pursue all available legal remedies and injunctive relief to stop you from sharing any information and to recover damages.

Sincerely,

Nicholas Unkovic
General Counsel