IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

LAZ KARP ASSOCIATES, LLC,

        *Plaintiff,*

v.

ANILISE STARRE,

        *Defendant.*

---

Civil Action No. _____

## DECLARATION OF DONNA COLSON IN SUPPORT OF PLAINTIFF LAZ KARP ASSOCIATES, LLC'S APPLICATION FOR A PRELIMINARY INJUNCTION

I, Donna Colson, declare as follows:

1. I am an HR Business Partner and Executive Assistant for LAZ Parking Mid-Atlantic, LLC, a regional entity of Plaintiff LAZ KARP Associates, LLC ("LAZ"). I make this declaration in support of LAZ's Application for a Preliminary Injunction. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

2. I have been employed at LAZ for over ten years. I have over fifteen years of experience in human resources and business administration.

3. In my capacity at LAZ, I am responsible for handling various administrative and logistical tasks, including supporting recruitment and retention efforts, facilitating the resolution of employee relations issues, and assisting the executive team with operational needs and special projects as necessary.

4. On March 7, 2022, LAZ employed Anilise Starre ("Starre") as a Regional Controller over LAZ's Central East Coast Region, which included Pennsylvania, Baltimore, Virginia, and Washington, D.C. She primarily worked in LAZ's Washington, D.C. office.

5. On November 4, 2025, Starre's employment with LAZ was terminated.

6. On November 5, 2025, at 4:59 p.m., I attempted to contact Starre. I placed a call to her home phone number on file. The call was unable to connect because the phone number had been disconnected.

7. On November 5, 2025, after my phone call to Starre's home phone number failed, I attempted to contact Starre again by placing a call to her personal mobile phone. Starre did not pick up the phone. I left a voice message asking Starre to return my call so LAZ's Human Resources department could overnight Starre's final pay to her home address instead of the PO box LAZ had on file for her.

8. On November 6, 2025, at 4:22 p.m., I attempted to contact Starre again by placing another call to her personal mobile phone. Starre did not pick up the phone. I left an additional voice message following up on my initial voice message.

9. On November 6, 2025, at 4:27 p.m., I attempted to contact Starre again by sending a text message to Starre's personal mobile phone number. The text message was delivered. The text message stated, in its entirety, as follows:

> Hi Anilise. It's Donna Colson from LAZ. I am following up on two voicemails from yesterday, 11/5 and today, 11/6 regarding an address to overnight your final pay. In addition to an email from Nicholas Unkovic, regarding confidential documents you forwarded to your personal email account. Please give me a call or response. Thank you.

10. At the time of this declaration, I have not received any contact in any form back from Starre.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 19th day of November 2025.

_Donna Colson_
Donna Colson