IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAZ KARP ASSOCIATES, LLC, | |
| *Plaintiff,* | Civil Action No. _____ |
| v. | |
| ANILISE STARRE, | |
| *Defendant.* | |

**DECLARATION OF ERIC DAIGLE IN SUPPORT OF
PLAINTIFF LAZ KARP ASSOCIATES, LLC'S, APPLICATION FOR A
PRELIMINARY INJUNCTION**

I, Eric Daigle, declare as follows:

1. I am the Executive Vice President, People & Culture for Plaintiff LAZ Karp Associates, LLC ("LAZ"). I make this declaration in support of LAZ's Application for a Preliminary Injunction. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

2. I have been employed as the Executive Vice President, People & Culture at LAZ for approximately four years. I have over twenty years of experience in the creation and execution of HR initiatives, personnel and technology policies, and organizational development.

3. As a result of my experience and employment at LAZ, I am familiar with LAZ's HR policies, handbooks, Code of Conduct, procedures, recruitment strategies, education and training to protect proprietary, confidential and trade secret information (collectively the "Proprietary Information") provided to LAZ employees, and the strategic plan and organization of LAZ.

4. As the Executive Vice President, People & Culture, I lead LAZ's internal policy development and governance.

- 1 -

5. In furtherance of LAZ's goal to protect not only its own highly valuable Proprietary Information, but also its clients', LAZ uses Confidentiality and Non-Solicitation Agreements, written policies, and electronic security measures. Such materials include:

   a. The Confidentiality and Non-Solicitation Agreement, which requires applicants as a precondition to their employment to protect the confidentiality of LAZ's Proprietary Information, includes the prevention of its unauthorized use or disclosure.

   b. The LAZ Employee Handbook, which requires new employees to acknowledge that they have received, read, and will abide by its terms, including trade secret information like "cost figures" and "income and expense documents."

   c. The LAZ Code of Conduct, which explicitly identifies specific scenarios that must be avoided to ensure that Propriety Information must be safeguarded, like transmitting confidential data to personal email accounts.

6. LAZ's protocols also implement several physical and electronic access controls to protect Proprietary Information, including: (a) securing and locking LAZ facilities, (b) requiring employees to log in with unique credentials to access company devices, (c) permission-restricted folders that only permit authorized employees to access certain information and (d) requiring passwords when emailing sensitive documents within the company to open the attachments.

7. On March 7, 2022, Anilise Starre began employment at LAZ as a Regional Controller over LAZ's Central East Coast Region, which included Pennsylvania, Baltimore, Virginia, and Washington DC. She primarily worked in LAZ's Washington D.C. office.

8. In her role as a Regional Controller, Starre's access to Propriety Information was limited to the scope of her individual duties. Specifically, information relating to the oversight of all accounting activity within the Region, including overseeing development of the Region's

financial plan, solving operational and financial challenges with operational teams, performing financial analyses as requested by regional leadership, maintaining budgets for LAZ's locations within the Region, and serving as a liaison between the Region's operations team and the home office in Connecticut for financial matters.

9. Starre signed the Confidentiality and Non-Solicitation Agreement on March 12, 2022. A true and correct copy of the Agreement is attached Exhibit A to the Complaint.

10. Starre also received the Code of Conduct and Employee Handbook, and signed acknowledgments of each on March 14, 2022, and March 17, 2022, respectively. A true and correct copy of LAZ's Employee Handbook is attached hereto as Exhibit E to the Complaint. A true and correct copy of the Code of Conduct is attached hereto as Exhibit F to the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 19th day of November 2025.

_____
Eric Daigle