IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

LAZ KARP ASSOCIATES, LLC,

        *Plaintiff,*

v.

ANILISE STARRE,

        *Defendant.*

---

Civil Action No.

### DECLARATION OF HILARY CANTONE IN SUPPORT OF PLAINTIFF LAZ KARP ASSOCIATES, LLC'S APPLICATION FOR A PRELIMINARY INJUNCTION

I, Hilary Cantone, declare as follows:

1. I am a Senior Paralegal for Plaintiff LAZ KARP Associates, LLC ("LAZ"). I make this declaration in support of LAZ's Application for a Preliminary Injunction. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

2. In my capacity at LAZ, I am responsible for various tasks including preparing and managing internal and external correspondence as needed by LAZ's Legal Department.

3. On March 7, 2022, Anilise Starre began employment at LAZ as a Regional Controller over LAZ's Central East Coast Region, which included Pennsylvania, Baltimore, Virginia, and Washington, D.C. She primarily worked in LAZ's Washington, D.C. office.

4. On November 4, 2025, Starre's employment with LAZ was terminated.

5. On November 5, 2025, on behalf of LAZ's General Counsel Nicholas Unkovic, I sent a letter to Starre, demanding the return of the Misappropriated Emails and all Company

2

property. I sent the letter to Starre's personal email address and to the P.O. Box that LAZ had on file for her. A true and correct copy of this letter is attached Exhibit B to the Complaint.

6. On November 7, 2025, on behalf of LAZ's General Counsel Nicholas Unkovic, I sent a second letter to Starre, again demanding the return of the Misappropriated Emails and all Company property. I sent the letter to Starre's personal email address, the P.O. Box, and a residential address that LAZ had for Starre. A true and correct copy of this letter is attached hereto as Cantone Exhibit C to the Complaint.

7. At the time of this declaration, LAZ has not received a response from Starre.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this /9 day of November 2025.

Hilary Cantone