IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

LAZ KARP ASSOCIATES, LLC,

        *Plaintiff,*

    v.

ANILISE STARRE,

      *Defendant.*

Civil Action No.

### DECLARATION OF E. JOSEPH D'ANDREA IN SUPPORT OF PLAINTIFF LAZ KARP ASSOCIATES, LLC'S, APPLICATION FOR PRELIMINARY INJUNCTION

I, E. Joseph D'Andrea, declare as follows:

    1.    I am a Partner at the law firm Squire Patton Boggs (US) LLP and will be submitting my application for admission *pro hac vice* to represent Plaintiff LAZ KARP Associates, LLC ("LAZ") in the above-captioned matter. I make this declaration in support of LAZ's Application for a Preliminary Injunction. I have personal knowledge of the facts stated herein, and if called as a witness I could and would testify competently thereto.

    2.    On November 14, 2025, I emailed a letter to the personal email address of Anilise Starre ("Starre"), reiterating her obligations to return LAZ's Proprietary Information and property. A true and correct copy of this letter is attached as Exhibit D to the Complaint.

    3.    At the time of this declaration, I have not received any response from Starre.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Signed this 19th day of November 2025.

E. Joseph D'Andrea